UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHATIQUA HILL,

                                                    Plaintiff,

       -against-

CITY OF NEW YORK, *et al.*,

                                                 Defendants.
-------------------------------------------------------------------X

**JUDGMENT
PURSUANT TO RULE 68**

Docket No. 19-cv-7882 (PKC)

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff, Shatiqua Hill, to take a judgment against the Defendants in this action for the total sum of Five Thousand One Dollars and No Cents ($5,001.00), plus reasonable attorneys' fees, expenses and costs, to date of this offer, for Plaintiff's Federal and State Claims; on January 27, 2020, Plaintiff's attorney having confirmed acceptance of Defendants offer of judgment; and

      **WHEREAS**, the City of New York shall pay Plaintiff, Shatiqua Hill, the sum of Five Thousand One Dollars and no cents ($5,001.00), pursuant to the Rule 68 Offer of Judgment, within ninety days (90) days of January 27, 2020. The City of New York shall also pay Plaintiff's attorney's fees, in an amount to be determined by this Court to be reasonable attorneys' fees, expenses and costs, unless said sum is mutually agreed upon by the parties, via private settlement; and

      **WHEREAS**, this Judgment shall be in full satisfaction of all Federal and State law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action; and

      **WHEREAS**, this Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by Defendants or any official, employee or agent of the City of New York, or any agency thereof; nor is it an admission that Plaintiff has suffered any damages; and

      **WHEREAS**, Plaintiff releases and discharges Defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff arising out of the facts and circumstances that are the subject of this action; and

      **WHEREAS**, Plaintiff is a Medicaid recipient who did not receive medical treatment in connection with the claims in this case. Plaintiff shall hold harmless defendants from all past and

present officials, employees, representatives and agents of the City of New York, or any agency thereof, regarding any past and/or future Medicaid payments, presently known or unknown, made in connection with this matter, it is,

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Shatiqua Hill, has judgment in the amount of $5,001.00, plus reasonable attorneys' fees, expenses and costs, to date of the Rule 68 Offer of Judgment, as against the Defendant, City of New York.

Dated:  New York, New York
~~February xxxx, 2020~~
March 3, 2020

SO ORDERED:

_____
Senior United States District Judge