UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHATIQUA HILL,

                                                **ORDER**
                      Plaintiff,

                                                Docket No. 19-cv-7882 (PKC)

     -against-

CITY OF NEW YORK, *et al.*,

                      Defendants.
-----------------------------------------------------------------X

CASTEL, U.S.D.J.

      Pursuant to the Order of this Court granting Plaintiff's motion for attorneys' fees and expenses with the modifications set forth therein, Plaintiff is awarded attorneys' fees and expenses totaling Fifty Thousand Six Hundred Fifty Seven USD ($50,657.00) to paid by Defendant City of New York in accordance with the Judgment entered pursuant to Rule 68 of the Federal Rules of Civil Procedure on March 3, 2020. (Docket # 17.)

      SO ORDERED.

                                                      P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       4-6-21